1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10   JOSEPH ALEXANDER ALLEN,            )      CASE NO. CV 09-8988-SJO (PJW)
                                        )
11                   Petitioner,        )
                                        )      J U D G M E N T
12             v.                       )
                                        )
13   DERRAL G. ADAMS, WARDEN,           )
                                        )
14                   Respondent.        )
     _____)
15
16        Pursuant to the Order Accepting Findings, Conclusions, and
17   Recommendations of United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is denied and this action is
19   dismissed with prejudice.
20        DATED:        _____11 / 18 / 11_____.
21
22
23                                              _____
24                                              S. JAMES OTERO
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28   S:\PJW\Cases-State Habeas\ALLEN, J 8988\Judgment.wpd